No. 78–201. GREENHOLTZ, CHAIRMAN, BOARD OF PAROLE OF NEBRASKA, ET AL. *v.* INMATES OF THE NEBRASKA PENAL AND CORRECTIONAL COMPLEX ET AL. C. A. 8th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted. 

No. 77–1578. BROADCAST MUSIC, INC., ET AL. *v.* COLUMBIA BROADCASTING SYSTEM, INC., ET AL.; and

No. 77–1583. AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS ET AL. *v.* COLUMBIA BROADCASTING SYSTEM, INC., ET AL. C. A. 2d Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. The Solicitor General is invited to file a brief in these cases expressing the views of the United States. Reported below: 562 F. 2d 130.

No. 77–1644. UNITED STATES *v.* CRITTENDEN, DBA CRITTENDEN TRACTOR Co. C. A. 5th Cir. Certiorari granted and case set for oral argument with No. 77–1359, *United States* v: *Kimbell Foods, Inc.* [certiorari granted, 436 U. S. 903]. 

No. 77–1722. DALIA *v.* UNITED STATES. C. A. 3d Cir. Certiorari granted limited to Question 1 presented by the petition. 

No. 77–1652. FEDERAL ENERGY REGULATORY COMMISSION *v.* SHELL OIL CO. ET AL.; and

No. 77–1654. CONSUMER FEDERATION OF AMERICA, ENERGY POLICY TASK FORCE *v.* FEDERAL ENERGY REGULATORY COMMISSION. C. A. 5th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. MR. JUSTICE STEWART took no part in the consideration or decision of these petitions. Reported below: 566 F. 2d 536.

No. 77–1686. LEO SHEEP CO. ET AL. *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari granted. MR. JUSTICE WHITE took no part in the consideration or decision of this petition.